UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. PICKETT            )<br>5302 Broadwater Court          )<br>Temple Hills, Maryland 20748  )<br>                               )<br>            Plaintiff,         )<br>      v.                       )<br>                               )<br>JOHN E. POTTER, Postmaster General  )<br>United States Postal Service        )<br>475 L'Enfant Plaza, S.W.            )<br>Washington, D.C. 20260              )<br>                               )<br>                               )<br>            Defendant.          )<br>                               )| Civil Action No. 07-2248 (PLF)<br>ECF |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

\_\_/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2008, I caused the foregoing Praecipe to be served on James H. Pickett, Jr. by U.S.P.O., First Class mail at: 5302 Broadwater Court, Temple Hills, Maryland 20748.

```
  /s/
```
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851