UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. PICKETT,              ) | |
|                                )  | |
|          Plaintiff,            ) | |
|     v.                         ) | |
|                                ) | Civil Action No. 07-2248 (PLF) |
| JOHN E. POTTER, Postmaster General ) | ECF |
| United States Postal Service,  ) | |
|                                ) | |
|          Defendant.            ) | |
|                                ) | |

**FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, by its undersigned attorneys, hereby respectfully moves for a thirty-day extension of the filing deadline of its Response to Plaintiff's Complaint, through and including on March 20, 2008. Good cause exists to grant this motion.

1. Defendant's Response to Plaintiff's Complaint is due on February 19, 2008.

2. Defendant requires additional time to file its Response. This extension is needed primarily due to the need to further review the record and for additional consultations with the Agency counsel, who has recently been assigned to an emergent matter.

3. Pursuant to Local Rule 7(m), the parties have consulted, via telephone on February 13, 2008, and Plaintiff does not consent to the relief requested.

4. This is the first request made for extension of this deadline.

5. Defendant therefore requests thirty additional days to answer or otherwise respond to the Complaint.

WHEREFORE, Defendant requests that this enlargement be granted, and that the filing deadline for its Response be extended to March 20, 2008. A minute order is requested.

Dated February 13, 2008.

        Respectfully submitted,

        _____/s/_____
        JEFFREY A. TAYLOR D.C. BAR # 498610
        United States Attorney

        _____/s/_____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        _____/s/_____
        MERCEDEH MOMENI
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 305-4851

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February 2008, I caused the foregoing *Motion for Extension of Time* to be served on James H. Pickett, Jr. by U.S.P.O., First Class mail at: 5302 Broadwater Court, Temple Hills, Maryland 20748.

                                            __/s/_____
                                            MERCEDEH MOMENI
                                            Assistant United States Attorney
                                            555 4th Street, NW
                                            Washington, DC 20530
                                            (202) 305-4851