UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. PICKETT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 07-2248 (PLF) |
| JOHN E. POTTER, Postmaster General | ) ECF |
| United States Postal Service, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE

Defendant filed his *Motion to Dismiss or in the Alternative for Summary Judgment*, on this date. For a copy of the Motion and attached documents *see* USDC Pacer, Doc. No. 5. Additionally, the Proposed Order, mentioned in the *Motion*, was not attached to the original filing, due to inadvertence, but is herewith attached.

Dated March 17, 2008.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March 2008, I caused the foregoing *Notice* to be served on James H. Pickett, Jr. by U.S.P.O., First Class mail at: 5302 Broadwater Court, Temple Hills, Maryland 20748.

                        __/s/_____
                        MERCEDEH MOMENI
                        Assistant United States Attorney
                        555 4th Street, NW
                        Washington, DC 20530
                        (202) 305-4851

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. PICKETT, | ) |
| | ) |
|         Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 07-2248 (PLF) |
| JOHN E. POTTER, Postmaster General | )               ECF |
| United States Postal Service, | ) |
| | ) |
|         Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, and the entire record herein, the Court is of the opinion and finds that, for the reasons set forth by Defendant, Defendant's Motion for Summary Judgment should be granted. Accordingly, it is this ____ day of _____, 2008,

ORDERED that Defendant's Motion for Summary Judgment be and is hereby GRANTED; and it is

FURTHER ORDERED that judgment be and is hereby rendered in favor of Defendant; and this case is DISMISSED against them with prejudice.

 

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE