UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                   )
JAMES H. PICKETT, JR.,             )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   Civil Action No. 07-2248 (PLF)
                                   )
JOHN E. POTTER, Postmaster General,)
United States Postal Service,      )
                                   )
        Defendant.                 )
_____)
```

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's [5] motion for summary judgment is GRANTED; and it is

FURTHER ORDERED that the defendant's [5] motion to dismiss pursuant to Rule 12(b)(6) is DENIED as moot; and it is

FURTHER ORDERED that JUDGMENT is entered for the defendant. This is a final appealable order. See Rule 4(a), Fed. R. App. P.

SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 31, 2008